**Exhibit A to the Complaint**

**Location:** San Jose, CA  **IP Address:** 76.132.142.129
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 15D2895ED7DA4D71F161096D2F6157029059A4AD  File Hash: F6CF7BEFA4138283F1FF5F607977263DF4D438049E547DEB1DEB6DC8A01C5E05 | 08/11/2024 23:24:19 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 2 | Info Hash: 42182E6A3E0D5C30DB4BB9B54F7C19473ABF65C8  File Hash: 6E760A3820B4E368EB2E77DA93AF803B700EFCD2EF44C49438CB042EF5CEB521 | 08/07/2024 19:03:04 | TushyRaw | 08/06/2024 | 08/14/2024 | PA0002484827 |
| 3 | Info Hash: 46C0FC7763AA487666AB2F8B870C4D11037036D2  File Hash: BBCB034F252A7BA389CCFE36B9986631E83A26F9B72C68799556AA13DF333340 | 08/05/2024 19:25:03 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 4 | Info Hash: 581F4BBB160830DE7592522E28D00B6ABA297B12  File Hash: A0E286247FA895F92BA069BD29B3AA67A884E0651DF5EB06A48B5A284542C34F | 07/31/2024 18:21:05 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 5 | Info Hash: A4761403631C7A932734AF4764D9F5A53937CA86  File Hash: C20DB0F826C2E6D55497DBBE6ADBA55BAB791661AC4A37D02BCEC61DBE77F0E9 | 07/30/2024 18:09:20 | Tushy | 07/28/2024 | 08/14/2024 | PA0002484831 |
| 6 | Info Hash: 809ACE904EC2840D94115D52F99DAFB4007025F6  File Hash: 89259F2ED962B3478BB3D4D7AB75E714A2E2D482077C151D3AE3EBC2E23FC5CE | 07/17/2024 19:33:43 | TushyRaw | 07/16/2024 | 08/14/2024 | PA0002484829 |
| 7 | Info Hash: 322F8B33352B208C57ADDDBBC742B58A33C4AC74  File Hash: 7EF4535B1F1BCD9F6CD9F3216EF901892E1572EE1F2774433C3B6E6A3DC8D479 | 07/15/2024 20:34:05 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 8 | Info Hash: D41F89A25AF395B0005111D3B91145D8FB5186D2  File Hash: C7BE26C6B2C549E1195CE9B94FB4A69B056BD8309C2490A4AB19EE5DBD07BFF5 | 07/09/2024 19:24:59 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 9 | Info Hash: 74148460025F0A9805EAACF050E4EC31D869A7C0  File Hash: FDC2A0C1CF6AE7F80AE6EC3D94352DAA4AF6DC702632F21F470D32CA2BC09963 | 06/27/2024 16:52:34 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 10 | Info Hash: 959D521A4B9CB7EB6F6964730064DDE803AF53AB  File Hash: 6FD43B876D316F9B653D5201B082F3ED7DB79DC543665F98F5988B78C15E530D | 06/12/2024 16:31:35 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 11 | Info Hash: 365C2444EE0FCB23898C87D49B0856C2827456DD  File Hash: 257E63BFDA89E7BC2D5B7EDD98F004613643206487EDFC1E78627A2267580FB7 | 05/27/2024 19:04:48 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 311F85BF0528452A8BBAB1EF133A6181EF794326<br>File Hash: 9DD89DAD7CF080AA8D41A122A6F5D7936FFED9B1A9606177CDA1D84EA281DD18 | 04/25/2024 18:20:59 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 13 | Info Hash: E0DA4BEBB8A683861C7624D8DC7A1A5FC5054997<br>File Hash: 091379B2503A471C044E65E0C44A3A93CC50ED72DD4730C15796C84792675C7B | 04/17/2024 18:06:10 | TushyRaw | 04/16/2024 | 05/08/2024 | PA0002470007 |
| 14 | Info Hash: 7B91EB58A4DB166773B1B6CBFFB1B698EFD3D873<br>File Hash: FC2BB758D5FFD65933A2773F6A2D9A9FD42844E2DB05C8F3B327BE4540522352 | 04/10/2024 20:38:32 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 15 | Info Hash: E3979C74DCA64721B101341A573377EC45F383D2<br>File Hash: 3B04FA28AFF9B8CB263B455B3537B28472949D5AC86BBC144041C0F8B13A0FD7 | 04/08/2024 19:16:48 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 16 | Info Hash: 98C25A6FE4621A8A9F450D84A02D0DD1D6C45116<br>File Hash: A4A41A2F5CFCE6173A83C7C6A38624DE82058526068ED56B7A38F7D0024095DF | 03/27/2024 16:43:07 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 17 | Info Hash: B1CA785174F93ED6F41CDD304A8E22D3974D85EB<br>File Hash: DF21EF87A6FD8702E2EBE98260D27149737629A92C984F43004BA5CFE8D74E2B | 03/18/2024 16:35:16 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 18 | Info Hash: EB3FF0CD0E936083DAE45E2B70F744E7CC246919<br>File Hash: 9973881987CC75D108BDE997D28AFAF1EC9FC7C57042969640F022EC3CFE95F1 | 02/29/2024 18:26:45 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 19 | Info Hash: DDCE552338B2FC0CA3C7D51A06F1D665517E5A6C<br>File Hash: CD17D9D2ACF1AE0CAC92E00CA591926087BBF6E59341273FA2465396052A9A45 | 02/26/2024 18:09:39 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 20 | Info Hash: 0E3F0D32BB1209102CF9F8B2ED78EB097FE552B3<br>File Hash: 3C32BAE4BCC095F84C752AF021479C2E1E59430A9D982EC662931391CC202E55 | 02/12/2024 17:59:36 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 21 | Info Hash: CDF2D5D65E021BAEA6386F913847C68906632E71<br>File Hash: 5C3B05C916121D8E913967EB1FB8775F5AD8A077F8E325E60735B0B6AE35F5F9 | 02/08/2024 16:58:20 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 22 | Info Hash: CBB079EE5A6F104B57A3594866686A026D1A3760<br>File Hash: 186FABA1014438220A8236BEC6CF5B4BF5AC52076BF4B99D715368B292C7D6E6 | 01/12/2024 09:34:43 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 23 | Info Hash: 86EACEF33A470A47EEB133943FF04EB390F897A8<br>File Hash: D32F2B4068A7598B50A5DD4C795E35593F12ADD352FB752D4A20AE6A43828D9F | 01/09/2024 14:18:41 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 09F245A9CD6C04687D3ADD108A6C07E1F213CB37<br>File Hash: CB06A0BFDCA74F113593C93795285ED8CAD43068075810F7EC1182E7FC2646EF | 01/06/2024 11:11:15 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |